# United States District Court
## District of Maryland

RECEIVED
U.S. MARSHAL
BALTIMORE, MD

RECEIVED
U.S. MARSHAL
BALTIMORE MD
2003 MAY 22 A 10: 35

UNITED STATES OF AMERICA

v.

BERTHA PAEZ, a/k/a The Lady

TO: The United States Marshal and any Authorized United States Officer

**WARRANT FOR ARREST**

2003 MAY 22 P 3: 47

06 - 124 - M - 01

FILED

MAR 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No. WDQ 01-0154

YOU ARE HEREBY COMMANDED to arrest **BERTHA PAEZ, a/k/a The Lady**
                                                                    Name

and bring him/her forthwith to the nearest magistrate judge to answer a(n)

Superseding
[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with *(brief description of offense)*: Money Laundering Conspiracy; Money Laundering; Criminal Forfeiture and Aiding and Abetting

in violation of Title 18   United States Code, Section(s) 1956(h), 1957, 982 & 2

Felicia C. Cannon                                  Clerk, U.S. District Court
Name of Issuing Officer                            Title of Issuing Officer

(By) Deputy Clerk                                  May 21, 2003   Baltimore, MD
                                                   Date and Location

Bail fixed at $_____                            by Susan K. Gauvey, U.S. Magistrate Judge
                                                   Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
|  | Dpsm Bucky Brooke | [signature] |
| Date of Arrest 3/16/06 | | |

U.S. DISTRICT COURT (Rev. 12/1999) - Bench Warrant