# United States District Court
## District of Maryland

RECEIVED U.S. MARSHAL BALTIMORE, MD

UNITED STATES OF AMERICA

v.

BERTHA PAEZ, a/k/a The Lady

**WARRANT FOR ARREST**

Case No. WDQ 01-0154

FILED MAR 16 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **BERTHA PAEZ, a/k/a The Lady**
                                                                    *Name*

and bring him/her forthwith to the nearest magistrate judge to answer a(n)
Superseding
[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with *(brief description of offense)*: Money Laundering Conspiracy; Money Laundering; Criminal Forfeiture and Aiding and Abetting

in violation of Title **18** United States Code, Section(s) **1956(h), 1957, 982 & 2**

Felicia C. Cannon
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

(By) Deputy Clerk

May 21, 2003     Baltimore, MD
Date and Location

Bail fixed at $_____

by Susan K. Gauvey, U.S. Magistrate Judge
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 3/16/06 | Dusn Buckz Broeke | [signature] |

U.S. DISTRICT COURT (Rev. 12/1999) - Bench Warrant