AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

DISTRICT OF _Columbia_

**FILED**
MAR 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

_Berthin Pher_

## COMMITMENT TO ANOTHER DISTRICT

CASE NUMBER: _06-124M_

The defendant is charged with a violation of _18_ U.S.C. _1956_ alleged to have been committed in the _Baltimore_ District of _Maryland_.

Brief Description of Charge(s): _Superseding Indictment, Money Laundering Conspiracy_

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_03/16/06_
Date

_[signature]_
Judicial Officer

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |