# United States District Court
## For the District of Columbia
### 333 Constitution Avenue, NW
### Washington, D.C. 20001
Date: 3/16/06

**Nancy Mayer-Whittington**
**Clerk of the Court**

**FILED**
APR 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Address of Other Court: United States District Court
101 West Lombard St.
Baltimore, Md. 21201-2691

RE: 06MG124 Bertha Paez

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

- X   Docket Sheet                               ___ Warrant of Removal
- X   Warrant/Indict                             ___ Order of Removal
- ___ Minute Order Appointing Counsel            X   Detention Order
- ___ Corporate Surety Bond                      X   Waiver of Removal
- ___ Personal Surety Bond
- X   Other- Blotter dated 3/16/06

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk

Rec'd 3/23/06
Mary C Boyle
Docket Clerk
USDC
Dist Md.